UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-71M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RICHARD GRAHAM, also known as MATTHEW STURGILL, | ) ) ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:   Unlawful Possession with Intent to Distribute a Controlled Substance; Unlawful Possession of a Controlled Substance (two counts)

<u>Date of Detention Hearing</u>:   Initial Appearance February 12, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged in the Superior Court of the District of Columbia (Case No.

DETENTION ORDER                                                                                                          15.13
18 U.S.C. § 3142(i)                                                                                                      Rev. 1/91
PAGE 1

01 2006 CF2 010010) with three felony drug offenses for which the penalty exceeds ten years. He

02 asserts that his true name is Matthew Sturgill.

03   2. Defendant was not interviewed by Pretrial Services. There is no available

04 background information.

05   3. Defendant does not contest detention.

06   4. Defendant poses a risk of nonappearance due to unknown background information.

07 He poses a risk of danger due to the nature of the instant offenses.

08   5. There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

10 to other persons or the community.

11 It is therefore ORDERED:

12   (1) Defendant shall be detained pending trial and committed to the custody of the

13     Attorney General for confinement in a correction facility separate, to the extent

14     practicable, from persons awaiting or serving sentences or being held in custody

15     pending appeal;

16   (2) Defendant shall be afforded reasonable opportunity for private consultation with

17     counsel;

18   (3) On order of a court of the United States or on request of an attorney for the

19     Government, the person in charge of the corrections facility in which defendant is

20     confined shall deliver the defendant to a United States Marshal for the purpose of

21     an appearance in connection with a court proceeding; and

22   (4) The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                   15.13
18 U.S.C. § 3142(i)                     Rev. 1/91
PAGE 2

01 counsel for the defendant, to the United States Marshal, and to the United States

02 Pretrial Services Officer.

03 DATED this <u>12th</u> day of February, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 3